# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Saihari Brown                      ,

_____ ,

_____ ,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Case No.:** 3:26 cv 02723- TKW -
*(To be filled in by the Clerk's Office)* HTC

v.

Teagan McCabe                    ,

Ashley Kidd                        ,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

See Attachments            /

**Jury Trial Requested?**
☐ **YES**   ☐ **NO**

FILED USDC FLND PN   JFJ
MAR 23 '26 PM3:58

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

   1. Plaintiff's Name: Saikari Brown

     Address: 2800 North Ninth Avenue Apt. 44A

     City, State, and Zip Code: Pensacola, Florida, 30508

     Telephone: 448-228-9121 (Home) 448-228-9121 (Cell)

   2. Plaintiff's Name: _____

     Address: _____

     City, State, and Zip Code: _____

     Telephone: _____ (Home) _____ (Cell)

     *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Teagan McCabe

Official Position: Cpi Investigator

Employed at: Department of Children and Families

Mailing Address: 160 W Government St, Suite 601 Pensacola, FL 32502

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: Ashley Kidd

Official Position: Case Manager /Unit Manager

Employed at: Families First Network

Mailing Address: 1201 W Lakeview Ave. Pensacola, FL 32501

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III.    STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Starting on August 8th, 2024, defendants did willfully and knowingly conspired to gather together to violate my unalienable constitutional rights as well as several federal law violations. All defendants violated my rights as well as my childrens rights repeatedly

**Factual Allegations, Continued** *(Page  5  of  9  )*

from August 2nd 2024 to date, March 23 2026. Violations of my rights stemmed from a police report I made in May 10 2024 and have continued without regard to the irreparable harm suffered. All parties have fabricated statements, ommitted evidence that affected the outcome of state dependency proceedings, creating situations and justifying state intervention ultimately depriving me of my rights to be a parent by accusing me of not being a protective parent and blaming me of exigent circumstances created by third parties.

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

All defendants violated Title 42 Ch 18 sub section 241, Title 42 Ch 18 subsection 242, Title 42 Ch Ch 18 subsection 245, 18 U.S.C. subsection 1581, 18 U.S.C. subsection 1584, 18 U.S.C. subsection 1583, First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Amendments.

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

As Plaintiff, I am seeking all damages entitled to me as I and my children have suffered irreparable harm from case management, in the sum of 40 million USD and also acknowledgement from the court that these violations occured by these named state actors.[6]

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

## VI.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/23/26   Plaintiff's Signature: Jaihari Brown

Printed Name of Plaintiff: Jaihari Brown

Address: 2800 North Ninth Avenue Apt. 44A

Pensacola, Florida 32503

E-Mail Address: jaihari.brown@gmail.com

Telephone Number: 448-228-9121

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

8

SEE ATTACHMENT 1

Defendant

Tanya DeeAnne Davis, Individually
Attorney for Department of Children and Families
160 Governmental Center, Suite 711
Pensacola, FL 32502

Defendant

Lindsey Stiffling, Individually
Case Manager, Unit Manager
Families First Network
1201 W Lakeview Ave
Pensacola, FL 32501

Defendant

Elizabeth Jones, Individually
Case Manager
Families First Network
1201 W Lakeview Ave
Pensacola, FL 32501

Defendant

Abigail AG Stitt, Individually
Case Manager
Families First Network
1201 W Lakeview Ave
Pensacola, FL 32501

9

Jane/John Doe Officers, Individually
Police Officers
1711 North Hayne Street
Pensacola, FL 32501

<u>Defendant</u>

Officer Zachary Harris, Individually
Police Officer
1711 North Hayne Street
Pensacola, FL 32501